

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

February 24, 2023

**BY ECF and E-MAIL**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE:   *United States v. Henry Rodriguez*
      17 Cr. 618 (RA)

> Application granted. The status conference is adjourned to May 5, 2023 at 3:00 p.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> February 27, 2023

Dear Judge Abrams:

    I represent the defendant, Henry Rodriguez, in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.  The defense respectfully requests that the Court adjourn the instant status conference from March 3, 2023 for approximately sixty (60) days.  A violation of supervised release has been filed in this matter based on a criminal case filed in state court against Mr. Rodriguez.  The Department of Probation and counsel have conferred with Mr. Rodriguez' state attorney and the state case will be adjourned past March 3, 2023 without a resolution.  The defense submits that an adjournment of the instant case will permit the state case to be resolved and the parties to discuss a resolution of this case.  The Government and Department of Probation consent to the defense request for an adjournment of the status conference.

                                                Respectfully submitted,

                                                /s/ Calvin H. Scholar

cc:   United States Attorney for the Southern District of New York
      U.S. Department of Probation for the Southern District of New York