

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2023

**BY ECF AND EMAIL**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The violation of supervised release conference is adjourned to August 8, 2023 at 12:30 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 30, 2023

Re:   *United States v. Henry Rodriguez*, 17 Cr. 618 (RA)

Dear Judge Abrams:

The Government writes on behalf of the parties to request an adjournment of the violation of supervised release conference currently scheduled for July 5, 2023. The parties have discussed possible resolutions to the violations of supervised release (which relate to the defendant's theft of approximately $32,000 from his former employer) and expect him to admit to one of the specifications at the next conference. The parties further expect (based on information currently known, and assuming no new violations of supervised release occur) to request that, rather than impose any additional incarceration, the Court order a period of community service.

In anticipation of this possible resolution, the defendant has recently begun community service at an organization approved by the Probation Department. The parties expect to request that the defendant be given credit at sentencing for any hours worked between now and his sentencing, should the Court impose a sentence of a certain number of hours of community service.

Due to the upcoming trial schedule of defense counsel and so that the parties and Court can assess the defendant's compliance with his community service commitment, the parties request that the Court set a conference date between August 8 and 18, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Catherine Ghosh
Nicholas Folly / Catherine Ghosh
Assistant United States Attorneys
(212) 637-1060/1114

cc:  Calvin Scholar, Esq.
     Michael Estreicher, U.S. Probation Officer