

September 29, 2023

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

RE:   United States v. Henry Rodriguez
      17 Cr. 618 (RA)

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 2, 2023

Dear Judge Abrams:

    I am the attorney for the defendant, Henry Rodriguez, in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006 A.  On August 8, 2023, Mr. Rodriguez appeared before Your Honor and admitted guilt to a violation of supervised release.  The Court imposed a sentence of time served and additional special conditions of supervision.  I write to respectfully request that Mr. Rodriguez be allowed to travel to the Dominican Republic with his family from October 12, 2023 to October 16, 2023 where he will stay at a hotel located at an address that he will provide to the Department of Probation.  At sentencing for the violation, the defense requested permission to travel for Mr. Rodriguez and at that time, the Government and Department of Probation stated that they had no objection to this request.  The Court directed the defense to submit a request in writing.

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb

cc:   AUSA Catherine Ghosh,       *via* ECF
      AUSA Nicholas Folly,        *via* ECF
      United States Department of Probation      *via* e-mail